**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 7** |
| **ARSEN KASHKASHIAN, JR.** : | |
| : | **Case No. 15-11531-ELF** |
| **Debtor.** : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Michael D. Vagnoni, Esquire, attorney with Obermayer Rebmann Maxwell & Hippel LLP, hereby certify that on April 15, 2021, a copy of the foregoing Status Report was served electronically via the Court's CM/ECF system upon the following on the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

4824-8541-3534

## **SERVICE LIST**

ROBERT H. HOLBER
trustee@holber.com, rholber@ecf.epiqsystems.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

4824-8541-3534